PROB 12B
(7/93)

FILED
March 24, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Jaemie Herndon
DEPUTY

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: | Charles E. Pircher |
| Case Number: | SA-12-CR-886(1)FB |
| Name of Sentencing Judicial Officer: | Honorable Fred Biery, United District States Judge |
| Date of Original Sentence: | April 15, 2014 |
| Original Offense: | Count 1: Klein Tax Conspiracy, in violation of 18 U.S.C. § 371 and Count 3: Conspiracy to Commit Mail Fraud, in violation of 18 U.S.C. § 1349 |
| Original Sentence: | Eleven years (60 months on Count One and 132 months on Count Three) to be followed by a Three (3) year term of supervised release on each Count to run concurrently |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | January 14, 2022 |

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☐ To extend the term of supervision __ years, for a total of __ years.
☒ To modify the conditions of supervision as follows:

**Add Special Conditions**:

The defendant shall provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

The defendant shall not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

If the judgment imposes a financial penalty, the defendant shall pay the financial penalty in accordance with the Schedule of Payments sheet of this judgment. The defendant shall notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

The defendant shall not work in any type of employment without the prior approval of the probation officer.

The defendant is required to pay at least $288 per month toward his restitution. If it is determined he can pay more based on his financial circumstances changing, the Court will be notified immediately.

Charles E. Pircher
SA-12-CR-886(1)FB
March 23, 2022
Page 2

## CAUSE

Charles E. Pircher's term of supervised release began on January 14, 2022. He is currently unemployed and seeking job opportunities. He resides with his son, Chance Pircher, and reportedly does not have any assets. In addition, he receives $1,920.00 monthly in social security benefits of which $288.00 per month is automatically deducted and applied towards the federal restitution debt.

Based on the restitution amount owed in this case, the U.S Probation Officer respectfully recommends the additional conditions of supervision be included to monitor the defendant's financial situation.
.

| Approved: | Respectfully submitted, |
|---|---|
| *[signature: Stephen Gray]* | *[signature: Karla Webb]* |
| Stephen Gray | Karla Webb |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| Telephone: (210) 472-6590, Ext. 5331 | Telephone: (210) 472-6590, ext. 5329 |
| | Date: March 23, 2022 |

cc:  Sarah Wannarka
     Assistant U.S. Attorney

     Brenda Trejo-Olivarri
     Assistant Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

☐ None.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other _____

*[signature]*
Honorable Fred Biery
U.S. District Judge

March 24, 2022
Date